### FRED RENARD V. A. E. WYCKOFF ET AL.

FILED DECEMBER 5, 1900.  No. 11,685.

1. **Abstract of Record:** CONTENTS. An agreed printed abstract must include the petition in error, or an abstract of the assignments of error.

2. ——: ——: COURT WILL NOT LOOK BEYOND ABSTRACT. Where a case is submitted on an agreed printed abstract, the court will not look beyond the abstract.

ERROR from the district court for Burt county. Tried below before ESTELLE, J. *Affirmed.*

*Gillis & Bowes,* for plaintiff in error.

*Hopewell & Singhaus, F. S. Howell* and *Ira Thomas, contra.*

NORVAL, C. J.

A judgment of the district court is before us for review by petition in error. The cause has been submitted under section 1, rule 2, which provides "for such submission on printed briefs accompanied by or containing an agreed printed abstract of the record and evidence upon which the case is to be determined." The printed abstract herein does not contain the petition in error nor an abstract of the assignments of error. No question, therefore, is presented for review. *O'Neill v. Flood,* 58 Nebr., **218;** *Manning v. Freeman,* 58 Nebr., 485. The judgment is

AFFIRMED.